Case 1:10-cv-02912-NLH -JS   Document 3   Filed 06/15/10   Page 1 of 1 PageID: 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY BOWMAN and LAURIE BOWMAN,<br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., and AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br>    Defendants. | CIVIL NO. 10-2912(NLH)(JS)<br><br>**ORDER** |

On June 8, 2010, plaintiffs having filed their complaint; and

The Court having reviewed plaintiffs' complaint; and

Plaintiffs having averred that this Court's jurisdiction over their case is pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000; but

The Court noting that plaintiffs' complaint does not comply with § 1332 because plaintiffs have failed to properly plead diversity of citizenship in that a jurisdictional allegation concerning an individual must state that individual's citizenship-- an allegation of residence is not sufficient;

Accordingly,

Because plaintiffs have failed to properly state this Court's jurisdiction over their action,

**IT IS HEREBY** on this 15th day of June, 2010

**ORDERED** that plaintiffs shall have 10 days to amend their complaint to properly plead the citizenship of the parties.  If plaintiffs fail to do so, the case will be dismissed for lack of subject matter jurisdiction.

                                        s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.