LAW OFFICES
# CHARLES A. GRUEN
381 Broadway
SUITE 300
WESTWOOD, N.J. 07675

TELEPHONE (201) 342-1212
TELECOPIER (201) 342-6474
E-MAIL: cgruen@gruenlaw.com

CHARLES A. GRUEN
MEMBER OF N.J, N.Y. AND D.C. BARS
R.1:40 Qualified Mediator

ROBERT D. GRUEN
(1926-2010)

EDYTHE LAZAROW
(1946-2002)

ROSA AMICA-TERRA

CARMEN ANDRADE
MEMBER OF N.J. AND N.Y. BARS

OF COUNSEL
ROY D. GOLDBERG
MEMBER OF N.J. AND N.Y. BARS

PATRICIA E. SZOBONYA
MEMBER OF N.J. AND N.Y. BARS

NEW YORK OFFICE
44 COURT STREET
SUITE 1212
BROOKLYN, N.Y. 11201

PLEASE ADDRESS ALL
CORRESPONDENCE TO
NEW JERSEY OFFICE

November 29, 2010

**VIA ELECTRONIC FILING**
Honorable Joel Schneider, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

Re: Bowman, Jeffrey and Laurie v. Wells Fargo Bank, N.A., et al.
 Case Number: 1:10-cv-2912-NLH-JS

Dear Judge Schneider:

As Your Honor is aware, this firm represents the Defendant, Wells Fargo Bank, N.A., with regard to the above-referenced matter.

On or about September 10, 2010, our office served Plaintiffs' counsel with Interrogatories and a Request for Production of Documents. On November 5, 2010, we sent Plaintiff's counsel correspondence requesting overdue discovery responses. To date, we have not received any discovery responses from the Plaintiffs.

Accordingly, pursuant to L. Civ. R. 37.1(a), we hereby respectfully request a telephone conference call with Your Honor.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

Rosa Amica-Terra

RAA/raa
cc: Matthew Benjamin Weisberg, Esq. (via telecopier only)
 Michael W. O'Hara, Esq. (via telecopier only)