UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Camden Vicinage)

---

| | | |
|---|---|---|
| Jeffrey Bowman and Laurie Bowman | : | |
| Individually & as H/W | : | |
| 403 New Jersey Road | : | |
| Browns Mills, NJ 08015 | : | |
| Plaintiffs, | : | NO.:   10-2912 |
| | : | |
| v. | : | |
| | : | |
| Wells Fargo Bank, N.A., et al. | : | |
| Wells Fargo Center | : | Jury Trial of Twelve (12) Jurors Demanded |
| Sixth Street & Marquette Avenue | : | |
| Minneapolis, MN 55479 | : | |
| | : | |
| Defendants. | : | |

**ORDER**

    AND NOW this _____ day of _____, 2011, upon consideration of

Plaintiffs' Motion to Stay, and any response thereto, it is hereby ORDERED and DECREED that

Plaintiffs' Motion is GRANTED, and the within matter is stayed pending adjudication of

Counsel for Plaintiffs' Motion for Leave to Withdraw as Counsel

    **AND IT IS SO ORDERED.**


_____
Joel Schneider                              ,M.J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden Vicinage)

| | | |
|---|---|---|
| Jeffrey Bowman and Laurie Bowman : | | |
| Individually & as H/W : | | |
| 403 New Jersey Road : | | |
| Browns Mills, NJ 08015 : | | |
| Plaintiffs, : | NO.: | 10-2912 |
| : | | |
| v. : | | |
| : | | |
| Wells Fargo Bank, N.A., et al. : | | |
| Wells Fargo Center : | Jury Trial of Twelve (12) Jurors Demanded | |
| Sixth Street & Marquette Avenue : | | |
| Minneapolis, MN 55479 : | | |
| : | | |
| Defendants. : | | |

### PLAINTIFFS' MOTION TO STAY

1.   This is a consumer fraud action.

2.   Under separate cover, counsel for Plaintiffs has filed a Motion to Withdraw as Counsel.

3.   So that counsel's Motion to Withdraw does not prejudice Plaintiffs, Plaintiffs request this matter be stayed pending the adjudication of counsel's motion.

WHEREFORE, Plaintiffs request this Honorable Court stay this action pending the adjudication of counsel for Plaintiffs' Motion for Leave to Withdraw as Counsel.

                                          WEISBERG LAW, P.C.

                                          /s/ Matthew B. Weisberg
                                          Matthew B. Weisberg, Esquire
                                          Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | | |
|---|---|---|
| Jeffrey Bowman and Laurie Bowman : | | |
| Individually & as H/W : | | |
| 403 New Jersey Road : | | |
| Browns Mills, NJ 08015 : | | |
| Plaintiffs, : | NO.: | 10-2912 |
| : | | |
| v. : | | |
| : | | |
| Wells Fargo Bank, N.A., et al. : | | |
| Wells Fargo Center : | Jury Trial of Twelve (12) Jurors Demanded | |
| Sixth Street & Marquette Avenue : | | |
| Minneapolis, MN 55479 : | | |
| : | | |
| Defendants. : | | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 18th day of January, 2011, a true and correct copy of the foregoing Plaintiff's Motion to Stay was served via ECF upon the following parties:

Charles A. Gruen, Esq.
381 Broadway
Suite 300
Westwood, NJ 07675

Michael W. O'Hara, Esq.
Duane Morris, LLP
100 American Metro Boulevard
Suite 150
Hamilton, NJ 08619-2304

              WEISBERG LAW, P.C.

              /s/ Matthew B. Weisberg
              Matthew B. Weisberg, Esquire
              Attorney for Plaintiff