[Doc. No. 17]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JEFFREY BOWMAN, et al., <br><br>  Plaintiffs, <br><br>   v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br>  Defendants. | Civil No. 10-2912 (NLH/JS) |

**O R D E R**

This matter is before the Court on "Plaintiff's Motion for Leave to Withdraw and Plaintiff's Motion for Interim Stay" [Doc. No. 17] filed by Mathew Weisberg, Esquire; and the Court having received the response of plaintiffs Jeffrey Bowman and Laurie Bowman [Doc. No. 20]; and the Court having conducted a hearing on Mr. Weisberg's motion on February 1, 2011, at which plaintiffs appeared and participated by telephone; and plaintiffs representing that they do not oppose Mr. Weisberg's motion and they no longer want to be represented by Mr. Weisberg; and the Court finding that pursuant L. Civ. R. 102.1, unless other counsel is substituted, withdrawal of counsel requires leave of court; and the Court finding that the decision on whether or not to permit withdrawal is within the discretion of the court (Rusinow v. Kamara, 920 F. Supp. 69, 71 (D.N.J. 1996)); and the Court finding that based upon the

representations of plaintiffs and Mr. Weisberg there has been an irretrievable breakdown of their attorney-client relationship; and the Court finding that permitting Mr. Weisberg to withdraw as counsel will not unduly delay trial or prejudice other parties; and good cause existing for the entry of this Order,

    IT IS HEREBY ORDERED this 2nd day of February, 2011, that Mr. Weisberg's "Motion for Leave to Withdraw and Plaintiff's Motion for Interim Stay" is GRANTED; and

    IT IS FURTHER ORDERED that Mr. Weisberg and his law firm shall be removed as counsel for plaintiffs on the court docket.  Absent an entry of appearance by a new attorney, plaintiffs Jeffrey Bowman and Laurie Bowman shall be deemed to be preceding pro se with the following address and phone numbers which shall be noted on the court docket -- 234 New Freedom Road, Bays, Kentucky 41310, 609-668-7000, 609-668-5363; and

    IT IS FURTHER ORDERED that to the extent not already done, Mr. Weisberg shall promptly serve plaintiffs with a copy of all discovery served on plaintiffs; and

    IT IS FURTHER ORDERED that Mr. Weisberg shall promptly serve plaintiffs with a copy of this Order, via Regular U.S. Mail and Certified Mail, Return Receipt Requested; and

IT IS FURTHER ORDERED that all proceedings in the case are STAYED for sixty (60) days to give plaintiffs an opportunity to retain new counsel.  This Order does not excuse plaintiffs from complying with all applicable Orders and Rules of Civil Procedure.


                                    s/Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge