IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| JEFFREY BOWMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Civil No. 10-2912 (NLH/JS) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone status conference on April 21, 2011; and the Court noting the following appearances: <u>Pro</u> <u>Se</u> Plaintiff Jeffrey Bowman, appearing; Michael W. O'Hara, Esquire and R. Goldberg, Esquire, appearing on behalf of the defendants; and Joseph Mullaney, Esquire, also participating in the telephone call.

IT IS this **21st** day of **April, 2011,** hereby **ORDERED:**

1. The Court will conduct a telephone status conference on **May 24, 2011 at 9:30 a.m**..  **Counsel for Wells Fargo shall arrange the telephone conference**.

   **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

         s/ Joel Schneider
         JOEL SCHNEIDER
         United States Magistrate Judge