Joseph A. Mullaney, III, Esq.
**CONSUMER LITIGATION GROUP**
Law Office of Dimitrios Kolovos, LLC
211 West State Street, Suite 204
Media, PA  19063                           Attorneys for the Plaintiffs
Tel 610-616-5303
Fax 610-672-1944
Eml JMullaney@ConsumerLitigators.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(CAMDEN DIVISION)

JEFFREY BOWMAN, *et al*.,

      Plaintiffs,

    v.                                    CASE NO.: 1:10-cv-02912-NLH -JS

WELLS FARGO BANK, N.A., *et al*.

      Defendants.

**PLAINTIFF'S NOTICE OF MOTION TO AMEND THE COMPLAINT**

TO:    Charles A. Gruen, Esq.
       381 Broadway, Suite 300
       Westwood, NJ 07675
       Attorney for Wells Fargo

TO:    Michael W. O'Hara
       Duane Morris, LLP
       100 American Metro Boulevard, Suite 150
       Hamilton, NJ 08619-2304

     Plaintiffs, by and through their counsel, Joseph A. Mullaney, III, and the

Law Office of Dimitrios Kolovos, LLC, hereby move the Honorable Court for an

Order permitting the amendment of Plaintiff's Civil Action Complaint pursuant to

*Fed. R. Civ. Proc*. 15(a)(2).  Plaintiff relies on her Brief in support thereof as well

as other supporting documents.  A proposed form of order is attached.

The Motion is based on Plaintiff's 1) additional counts are available to the

Plaintiffs against the Defendants, and 2) to conform the alleged facts to the

evidence obtained thus far.

Plaintiff requests the Court to decide the Motion on the papers unless

opposed.  The Court is requested to permit oral arguments should Defendants or

any interested party contest this Motion.

s/Joseph A. Mullaney, III
Joseph A. Mullaney, III, Esq.
**CONSUMER LITIGATION GROUP**
Law Office Of Dimitrios Kolovos, LLC
211 West State Street, Suite 204
Media, PA  19063
Tel 610-616-5303
Fax 610-672-1944

Dated:  May 31, 2011          JMullaney@ConsumerLitigators.com