```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY
                   CAMDEN VICINAGE
```

| | |
|---|---|
| JEFFREY BOWMAN, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>           Defendants. | Civil No. 10-2912 (NLH/JS) |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the status conference on September 23, 2011; and the Court noting the following appearances: Joseph Mullaney, III, Esquire, appearing on behalf of plaintiffs; Michael W. O'Hara, Esquire, and Michael J. Blaine, Esquire, appearing on behalf of the defendants.

IT IS this **23rd** day of **September, 2011**, hereby **ORDERED:**

1.  Plaintiffs' motion to enforce the settlement agreement with American Bankers shall be filed by **October 31, 2011**. If no motion is filed, a 60-day Order of Dismissal will be entered.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge