UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| Jeffrey Bowman and Laurie Bowman,<br>403 New Jersey Road,<br>Brown Mills, NJ 08015<br><br>    Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br>Wells Fargo Center<br>Sixth Street & Marquette Avenue<br>Minneapolis, MN 55479<br><br>and<br><br>American Bankers Insurance Company of Florida,'<br>11222 Quail Roost Drive<br>Miami, FL 33157-6543<br><br>    Defendants. | CIVIL ACTION NO.<br>1:10-CV-02912-NLH-JS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** and agreed by and between the undersigned attorneys for Plaintiffs and for defendant American Bankers Insurance Company of Florida ("ABIC") that the within action, and all claims asserted by Plaintiffs against ABIC herein, be and the same hereby are dismissed with prejudice and without costs to either party.

*s/ Joseph A. Mullaney*
Joseph A. Mullaney III, Esquire
Consumer Litigation Group
Law Offices of Dimitrios Kolovos, LLC
211 West State Street
Suite 204
Media, PA 19063
Attorneys for Plaintiffs

*s/ Michael W. O'Hara*
Michael W. O'Hara, Esquire
Duane Morris LLP
1940 Route 70 East, Suite 200
Cherry Hill, NJ 08003
Attorneys for American Bankers
Insurance Company of Florida

Dated: October 18, 2011

- 2 -

**ORDER**

**AND NOW**, this _____ day of _____, 2011, the Court having considered the above Stipulation of Dismissal with Prejudice executed by the attorneys for the Plaintiffs and Defendant American Bankers Insurance Company of Florida (ABIC), the Court **ORDERS**:

ABIC is dismissed from the above-captioned action with prejudice and without costs to either party.

_____
U.S.D.J. / U.S.M.J.