UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (CAMDEN DIVISION)

---

JEFFREY BOWMAN, LAURIE BOWMAN,

        Plaintiffs,

v.

WELLS FARGO BANK, N.A., AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

        Defendants.

---

Case No.: 1:10-cv-02912(NLH)(JS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiffs Jeffrey Bowman and Laurie Bowman ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") that pursuant to the Federal Rules of Civil Procedure Rule 41(a)(2), Plaintiffs voluntarily dismiss the Complaint in the above captioned action, and all claims therein, as against Wells Fargo with prejudice, with each party bearing its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be signed in counterparts and a copy of this stipulation shall be considered effective as an original.

January 30, 2012

| | |
|---|---|
| CONSUMER LITIGATION GROUP LAW OFFICE OF DIMITRIOS KOLOVOS, LLC | HOGAN LOVELLS US LLP |
| By: __Joseph A. Mullaney /s___<br>    Joseph A. Mullaney, III, Esq.<br>211 West State Street, Suite 204<br>Media, PA 19063<br>Phone: (610) 616-5303<br>*Attorneys for Plaintiffs, Jeffrey Bowman and Laurie Bowman* | By: __Michael E. Blaine /s___<br>    Allison J. Schoenthal<br>    Michael E. Blaine<br>875 Third Avenue<br>New York, New York 10022<br>Phone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

## ORDER

**AND NOW**, this _____ day of _____, 2012, the Court having considered the above Stipulation of Dismissal with Prejudice executed by the attorneys for the Plaintiffs and Defendant Wells Fargo Bank, N.A. ("WF"), the Court **ORDERS**:

WF is hereby dismissed from the above-captioned action with prejudice and without costs to any party.

_____

U.S.J. / U.S.M.J.